| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Don Chente, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Don Chente Bar and Grill**<br>**FDBA  Tacos Don Chente** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-4838109** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2144 E. Florence Ave.**<br>**Huntington Park, CA 90255-5651**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>**9376 Raviller Dr.**<br>**Downey, CA 90240**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Don Chente, Inc.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Don Chente, Inc.**  Case number (*if known*) _____
      Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |
|---|---|---|

| | List all cases. If more than 1, attach a separate list | Debtor **See Attachment** | Relationship _____ |
|---|---|---|---|
| | | District _____   When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. Estimated number of creditors | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| 15. Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Don Chente, Inc.**                                                                 Case number (*if known*)
              Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Don Chente, Inc.                                    Case number (if known)
     Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/27/2023
            MM / DD / YYYY

X _____        Vicente Ortiz
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X _____    Date    March 27, 2023
Signature of attorney for debtor                    MM / DD / YYYY

Lazaro E. Fernandez 134430
Printed name

Law Office of Lazaro E. Fernandez, Inc.
Firm name

3600 Lime St., Ste. 326
Riverside, CA 92501
Number, Street, City, State & ZIP Code

Contact phone    T: 951-684-4474    Email address    lef17@pacbell.net

134430 CA
Bar number and State

Debtor **Don Chente, Inc.**                                         Case number (*if known*)
     Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*) _____    Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **In re: El Pescador, Inc.** | | Relationship to you | | **Related company** |
| District | **Central District of California, Los Angeles Divison** | When | **3/07/23** | Case number, if known | **2:23-bk-11293-ER** |
| Debtor | **In re: VOA, Inc.** | | Relationship to you | | **Related company** |
| District | **Central District of California, Los Angeles Division** | When | **3/07/23** | Case number, if known | **2:23-bk-11294-ER** |

Fill in this information to identify the case:

Debtor name: **Don Chente, Inc.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Andy's Seafood Distribution Inc.**<br>**7500 Scout Ave.**<br>**Bell Gardens, CA 90201** | | **Vendor** | | | | **$8,723.35** |
| **ASCAP**<br>**21678 Network Place**<br>**Chicago, IL 60673** | | **Vendor** | | | | **$5,132.20** |
| **BMI**<br>**P.O. Box 630893**<br>**Cincinnati, OH 45263** | | **Vendor** | | | | **$6,330.93** |
| **CA Dept. of Tax and Fee Admin**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-3535** | | **Taxes owing** | | | | **$269,974.15** |
| **CINGULAR HR**<br>**c/o Van Nguyen**<br>**110 E. Wilshire Ave. Ste. 510**<br>**Fullerton, CA 92832** | | **Complaint for Breach of Contract CINGULAR HR vs. VOA, Inc., e al. 22STCV10417** | **Contingent Unliquidated Disputed** | | | **$1,323,900.00** |
| **Cozzini Bros., Inc.**<br>**350 Howard Ave.**<br>**Des Plaines, IL 60018** | | **Vendor** | | | | **$240.00** |
| **CRC, Inc.**<br>**7801 22nd St.**<br>**Westminster, CA 92683** | | **Vendor** | | | | **$2,135.26** |
| **Galindo's Repair**<br>**1312 W. 130th St.**<br>**Gardena, CA 90247** | | **Vendor** | | | | **$2,500.00** |

Debtor  **Don Chente, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Morgan Services Inc.**<br>905 Yale St.<br>Los Angeles, CA 90012-1791 | | **Vendor** | | | | $3,600.12 |
| **Primestore Development, LC**<br>9950 Jefferson Blvd. Bldg. 2<br>Culver City, CA 90232 | | **Vendor** | | | | $88,897.61 |
| **Rio Foods Inc.**<br>8413 State St.<br>South Gate, CA 90280 | | **Vendor** | | | | $6,104.70 |
| **Southern California Edison**<br>P.O. Box 300<br>Rosemead, CA 91772-0002 | | **Utility** | | | | $2,429.95 |
| **Tapia Brothers Co.**<br>6067 District Blvd.<br>Maywood, CA 90270 | | **Vendor** | | | | $7,308.03 |

# United States Bankruptcy Court
## Central District of California

In re: **Don Chente, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Vicente Ortiz<br>9376 Raviller Dr.<br>Downey, CA 90240 | Common | 100% | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __03/27/2023__    Signature __/s/ Vicente Ortiz__
**Vicente Ortiz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Ch. 11, In re: El Pescador, Inc., case number: 2:3-bk-11293-ER, filed 3/7/2023
Filed: Central District of California, Los Angeles Division, Currently pending.

Ch. 11, In re: VOA, Inc., case number: 2:23-bk-11294-ER, filed 3/7/2023
Filed: Central District of California, Los Angeles Division, Currently pending.

Ch. 11, In re: El Pescador, Inc., case number: 2:11-bk-26500-ER.
Filed: Central District of California, Los Angeles Division, Case closed.

Ch. 11, VOA, Inc., case number: 2:11-bk-26504-ER
Filed: Central District of California, Los Angeles Division, Case closed.

Ch. 11, In re: Don Chente, Inc., case number: 2:11-bk-26508-ER
Filed: Central District of California, Los Angeles Division, Case Closed.

Ch. 11, In re: Vicente Ortiz and Irma Ortiz, case number: 2:11-bk-26884-ER
Filed: Central District of California, Los Angeles Division, Case closed.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Ch. 11, In re: Don Chente, Inc., case number: 2:11-bk-26508-ER
Filed: Central District of California, Los Angeles Division, Case Closed.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Downey_____, California.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                        Page 1                    F 1015-2.1.STMT.RELATED.CASES

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Don Chente, Inc.**                                                        Case No. _____
                                    Debtor(s)                                       Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____  $ _____**10,000.00**
   Prior to the filing of this statement I have received _____  $ _____**10,000.00**
   Balance Due _____  $ _____**0.00**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*March 27, 2023*
Date

*/s/ Lazaro E. Fernandez*
Lazaro E. Fernandez 134430
*Signature of Attorney*
Law Office of Lazaro E. Fernandez, Inc.
3600 Lime St., Ste. 326
Riverside, CA 92501
T: 951-684-4474  Fax: F: 951-684-4625
lef17@pacbell.net
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lazaro E. Fernandez 134430<br>3600 Lime St., Ste. 326<br>Riverside, CA 92501<br>T: 951-684-4474 Fax: F: 951-684-4625<br>California State Bar Number: 134430 CA<br>lef17@pacbell.net | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Don Chente, Inc.

Debtor(s).

CASE NO.:
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 03/27/2023

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: March 27, 2023

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                     F 1007-1.MAILING.LIST.VERIFICATION

```
Don Chente, Inc.
9376 Raviller Dr.
Downey, CA 90240


Lazaro E. Fernandez
Law Office of Lazaro E. Fernandez, Inc.
3600 Lime St., Ste. 326
Riverside, CA 92501


U.S. Trustee (L.A.)
915 Wilshire Blvd.
Ste. 1850
Los Angeles, CA 90017
```

Aires Law Firm
c/o Timothy Aires, Esq.
6 Hughes, Ste. 205
Irvine, CA 92618


Andy's Seafood Distribution Inc.
7500 Scout Ave.
Bell Gardens, CA 90201


ASCAP
21678 Network Place
Chicago, IL 60673


BMI
P.O. Box 630893
Cincinnati, OH 45263


CA Dept. of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279-3535


CINGULAR HR
c/o Van Nguyen
110 E. Wilshire Ave.
Ste. 510
Fullerton, CA 92832


Cozzini Bros., Inc.
350 Howard Ave.
Des Plaines, IL 60018


CRC, Inc.
7801 22nd St.
Westminster, CA 92683

Dept. of Alcoholic Beverage Control
3927 Lennane Dr., Ste. 100
Sacramento, CA 95834


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812


Galindo's Repair
1312 W. 130th St.
Gardena, CA 90247


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Morgan Services Inc.
905 Yale St.
Los Angeles, CA 90012-1791


Primestore Development, LC
9950 Jefferson Blvd.
Bldg. 2
Culver City, CA 90232


Rio Foods Inc.
8413 State St.
South Gate, CA 90280


Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

```
Tapia Brothers Co.
6067 District Blvd.
Maywood, CA 90270


Valerie Ortiz
9376 Raviller Dr.
Downey, CA 90240


Vicente Ortiz
9376 Raviller Dr.
Downey, CA 90240
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Lazaro E. Fernandez 134430**<br>**3600 Lime St., Ste. 326**<br>**Riverside, CA 92501**<br>**T: 951-684-4474 Fax: F: 951-684-4625**<br>California State Bar Number: **134430 CA**<br>**lef17@pacbell.net** | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Don Chente, Inc.**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Vicente Ortiz**                              , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. [✓] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 03/27/2023

By: _(signature)_
Signature of Debtor, or attorney for Debtor

Name: **Vicente Ortiz, President**
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT